```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
 UNITED STATES OF AMERICA                 :      21cr0037-02 (DLC)
                                          :
              -v-                         :           ORDER
                                          :
 TYREKE GORDON,                           :
                          Defendant.      :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

A pretrial conference with the defendant is scheduled for **February 19, 2021** at **9 a.m.** Due to the COVID-19 pandemic, an in-court proceeding may not be available to the defendant. In addition, due to the increase in demand for videoconference proceedings, a videoconference proceeding may not be available either. A telephone conference may be available, however. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following two questions by **February 11, 2021**:

1) Does the defendant consent to have the initial pretrial conference through videoconference technology?

2) If a videoconference proceeding is unavailable, does the defendant consent to have the initial pretrial conference at a telephone conference proceeding?

If the defendant consents to either option, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         February 5, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge